# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. SCHYMON ROBINSON

Docket No. 3:02CR00250(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Schymon Robinson, who was sentenced to 60 months' imprisonment for a violation of 21 U.S.C. § 846 and 841(b)(1)(A)(iii), Conspiracy to Possess With Intent to Distribute 50 Grams or more of Cocaine Base, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the Court at Hartford, Connecticut on January 30, 2004, who fixed the period of supervised release at five (5) years, which commenced on January 26, 2007 and imposed the general terms and conditions theretofore adopted by the court, and also imposed special conditions and terms as follows: 1) The defendant will participate in a program of mental health evaluation counseling and treatment under the direction of the Probation Office. The defendant will pay all or a portion of the costs associated with mental health treatment based on his ability to pay in an amount to be determined by the Probation Officer; 2) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment under the direction of the Probation Office. The defendant will pay all or a portion of the costs associated with substance abuse treatment based on his ability to pay in an amount to be determined by the Probation Officer; 3) The defendant shall perform 500 hours of community service at a rate of 100 hours per year. The offender is scheduled to complete supervised release on January 25, 2012.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Condition Violated
Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

The offender tested positive for cocaine on March 6, 13, 19, and 26, 2007, and April 27, 2007. Mr. Robinson admitted that he used cocaine. On June 29, 2007, the offender again tested positive of cocaine.

### Charge No. 2 - Condition Violated
Mandatory Condition: "The defendant shall not commit another federal, state or local offense."

On June 19, 2007, the offender was arrested by the Branford Police Department and charged with Larceny 3rd (stolen vehicle), and Operating with a Suspended License. The offender was the operator of a 1995, Lexus, that had been reported stolen.

On July 20, 2007, the offender was arrested by the DEA drug task force in West Haven, Connecticut and charged with Possession of Cocaine, Sale of Cocaine, Possession of Cocaine With Intent to Sell, and Possession of Drug Paraphernalia. The members of the DEA drug task force witnessed the offender in a hand-to-hand drug transaction outside the Super 8 Motel in West Haven. Officer's seized nine (9) small yellow ziplock bags each containing an off-white rocklike substance which subsequently tested positive for cocaine. Mr. Robinson is detained at the Bridgeport Correctional Center in Bridgeport, Connecticut on a $15,000 surety bond.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer, tolling the period of Supervised Release so that Schymon Robinson may appear in Court at Hartford, Connecticut to show cause why his supervised release shall not be revoked.

**ORDER OF COURT**

Considered and ordered this __27th__ day of July, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Alvin W. Thompson
United States District Judge

Sworn to By
Deborah S. Palmieri
Senior United States Probation Officer

Place __Hartford, CT__

Date __July 27, 2007__

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this __27th__ day of July 2007 at Hartford, Connecticut, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge