# United States District Court

for

## DISTRICT OF CONNECTICUT

U.S.A. vs Schymon Robinson

Docket No.  0205-3:02CR00250(AWT)

TO:[1]    **any United States Marshal**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT Schymon Robinson | SEX male | RACE black | AGE 37 |
|---|---|---|---|

| ADDRESS (STREET, CITY, STATE) |
|---|
| Bridgeport Correctional Center, 1106 North Avenue, Bridgeport, Connecticut |

| SENTENCE IMPOSED BY (NAME OF COURT) U.S. District Court, Hartford | DATE IMPOSED 1/30/2004 |
|---|---|

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| U.S. District Court, Hartford, CT |
| |

| CLERK Kevin Rowe | (BY) DEPUTY CLERK *7. Mintg* | DATE 7/22/02 |
|---|---|---|

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

True Copy
KEVIN F. ROWE
Clerk U.S. District Court
By _____
Deputy Clerk