UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | : | Criminal No. 3:02CR00250(AWT) |
| | : | |
| v. | : | |
| | : | |
| Schymon Robinson | : | |
| | : | April 21, 2008 |

<u>Motion to be Reappointed as CJA Counsel</u>

The undersigned moves to be reappointed as CJA counsel for the above-referenced Defendant. On information and belief, the Defendant, who the undersigned represented on the underlying case, is now the subject of a violation of probation proceeding.

                                                Respectfully Submitted,

                                                By_____
                                                 Matthew J. Collins
                                                 135 East Center Street
                                                 Manchester, CT  06040
                                                 Tel: 860 646-2424
                                                 Fax: 860 647-0762

                                                <u>Certification</u>

I hereby certify that a copy of the foregoing was mailed, this date, to:

United States Attorney's Office
450 Main Street
Hartford, CT 06103

                                                   _____
                                                   Matthew J. Collins