UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | : | Criminal No. 3:02CR00250(AWT) |
| | : | |
| v. | : | |
| | : | |
| Schymon Robinson | : | |
| | : | May 12, 2008 |

Motion to Continue Violation of Probation Hearing

The undersigned Attorney for the Defendant hereby moves that the Violation of Probation
Hearing currently scheduled for May 13, 2008 be continued for approximately thirty days.  The
undersigned was recently re-appointed in this matter and needs the time to prepare for the
hearing.

Respectfully Submitted,


By_____
    Matthew J. Collins
    135 East Center Street
    Manchester, CT  06040
    Tel: 860 646-2424
    Fax: 860 647-0762


Certification

I hereby certify that a copy of the foregoing was e- mailed, this date, to:

United States Attorney's Office
450 Main Street
Hartford, CT 06103



_____
Matthew J. Collins