UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | : | Criminal No. 3:02CR00250(AWT) |
| | : | |
| v. | : | |
| | : | |
| Schymon Robinson | : | |
| | : | June 16, 2008 |

Motion to Continue Violation of Probation Hearing

    The undersigned Attorney for the Defendant hereby moves that the Violation of Probation Hearing currently scheduled for June 19, 2008 be continued for approximately thirty days. The undersigned is attempting to get records that are relevant to the hearing and which he has yet to receive. This is the second such request and the Government's position is unknown to the undersigned.

                                                                        Respectfully Submitted,

                                                                        By_____
                                                                         Matthew J. Collins
                                                                         135 East Center Street
                                                                         Manchester, CT  06040
                                                                         Tel: 860 646-2424
                                                                         Fax: 860 647-0762

<u>Certification</u>

I hereby certify that a copy of the foregoing was e- mailed, this date, to:

United States Attorney's Office
450 Main Street
Hartford, CT 06103

_____
Matthew J. Collins