UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | : Criminal No. 3:02CR00250(AWT) |
| v. | : |
| Schymon Robinson | : |
| | : August 9, 2008 |

### Motion to Continue Violation of Probation Hearing

The undersigned Attorney for the Defendant hereby moves that the Violation of Probation Hearing currently scheduled for September 3, 3008 be continued because he has a trial previously scheduled in State Court on that date. The undersigned does not know the other parties' positions as to this request.

Respectfully Submitted,

By_____
Matthew J. Collins
135 East Center Street
Manchester, CT 06040
Tel: 860 646-2424
Fax: 860 647-0762

### Certification

I hereby certify that a copy of the foregoing was e- mailed, this date, to:

United States Attorney's Office
450 Main Street
Hartford, CT 06103

_____
Matthew J. Collins